UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE MILLS, | No. 2:17-cv-2157 GEB CKD P |
| Petitioner, | |
| v. | ORDER |
| ATTORNEY GENERAL, STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Examination of the request to proceed in forma pauperis reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

The habeas petition filed by petitioner is not on the correct form. Good cause appearing, the court will send petitioner the correct form and grant leave to file a new habeas petition. The form must be filled out completely and accurately or this court will recommend dismissal.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion for leave to proceed in forma pauperis (ECF No. 4) is granted.

2. Petitioner is granted thirty days from the date of service of this order to file a petition for writ of habeas corpus on the form to be provided by the Clerk of the Court. The form must be

filled out completely and accurately and must bear the docket number assigned this case. Petitioner's failure to comply with this order will result in a recommendation that this matter be dismissed.

    3. The Clerk of the Court is directed to send petitioner the court's form for filing a petition for writ of habeas corpus by California prisoners.

Dated: November 9, 2017

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mill2157.wf